# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN COLLIER,

    *Plaintiff*,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    *Defendant*.

Case No. 1:23-cv-817

Judge Jeffery P. Hopkins

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Magistrate Judge Stephanie K. Bowman that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

Dated: November 21, 2024

                                                Hon. Jeffery P. Hopkins
                                                United States District Judge